UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUIS F. HERNANDEZ,**

   **Plaintiff,**

v.                   Case No: 6:14-cv-1487-Orl-22TBS

**AT & T,**

   **Defendant.**

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss (Doc. No. 16) and Plaintiff's Motion for Summary Judgment (Doc. No. 18).

The United States Magistrate Judge has submitted a report recommending that the Motions be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 16, 2015 (Doc. No. 23), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's Motion to Dismiss (Doc. No. 16) and Plaintiff's Motion for Summary Judgment (Doc. No. 18) are hereby GRANTED in part and DENIED in part.

3. The Motion to Dismiss (Doc. No. 16) is DENIED.  However the Court finds service of process was insufficient.  Accordingly, the Motion is GRANTED to the extent it seeks to quash service of process.

4. Given the limited resources of the U.S. Marshals Service, within 7 days of the date of this Order, Defendant is directed to file a Notice with the Court advising as to whether it (1) waives service of process, (2) agrees to accept service of process by mail, or (3) insists on personal service by the Marshal.

5. If Defendant insists on personal service, within 20 days of Defendant's Notice, Plaintiff shall provide the Clerk with a summons and USM 285 form directing that Defendant be served through its registered agent:   C T Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.

6. The Motion for Summary Judgment (Doc. No. 18) is DENIED.

7. The Clerk is directed to amend the caption to reflect the Defendant's name is AT&T Services, Inc.

**DONE** and **ORDERED** in Orlando, Florida on July 24, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties