# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUIS F. HERNANDEZ,**

      **Plaintiff,**

**v.**                                                           **Case No:   6:14-cv-1487-Orl-22TBS**

**AT&T SERVICES, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on the Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 69) filed on April 18, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and that the Court certify that the appeal is not taken in good faith.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 21, 2017 (Doc. No. 71), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Court certifies that the appeal is not taken in good faith.

3. The Motion for Leave to Appeal *In Forma Pauperis* is hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on May 15, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
Clerk, Eleventh Circuit Court of Appeals (Case No. 17-11245-BB)